IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CUMBERLAND HILL HOMEOWNERS' ASSOCIATION, aka Cumberland Hill Townhome Association,<br><br>                Plaintiff,<br><br>vs.<br><br>QBE INSURANCE CORPORATION, COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., JOHN DOES 1-V,<br><br>                Defendants. | CV 18-178-BLG-SPW-TJC<br><br>**ORDER** |

Defendants move for the admission of Seth Weinstein to practice before this Court in this case with James R. Halverson to act as local counsel. Mr. Weinstein's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Mr. Weinstein pro hac vice is GRANTED on the condition that Mr. Weinstein shall do his own work. This means that Mr. Weinstein must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Weinstein may move for

the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Weinstein.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Weinstein, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 10th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge