IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CUMBERLAND HILL HOMEOWNERS' ASSOCIATION, aka Cumberland Hill Townhome Association,<br><br>              Plaintiff,<br><br>vs.<br><br>QBE INSURANCE CORPORATION, COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., JOHN DOES 1-V,<br><br>              Defendants. | CV 18-178-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** |

Defendants have filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 18.) Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Defendants' counsel, Seth I. Weinstein, may appear by telephone at the February 21, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 28th day of January, 2019.

                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge