IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CUMBERLAND HILL HOMEOWNERS' ASSOCIATION, aka Cumberland Hill Townhome Association,<br><br>Plaintiff,<br><br>vs.<br><br>QBE INSURANCE CORPORATION, COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., JOHN DOES 1-V,<br><br>Defendants. | CV 18-178-BLG-SPW-TJC<br><br>**ORDER CONVERTING PRELIMINARY PRETRIAL CONFERENCE TO TELEPHONIC CONFERENCE** |

Defendants requested leave to appear at the Preliminary Pretrial Conference by telephone. (Doc. 18.) Good cause appearing, IT IS HEREBY ORDERED that the Preliminary Pretrial Conference shall be converted to a telephonic conference.

All counsel shall appear by telephone at the February 21, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 29th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge