IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CUMBERLAND HILL HOMEOWNERS' ASSOCIATION, aka Cumberland Hill Townhome Association,<br><br>Plaintiff,<br><br>vs.<br><br>QBE INSURANCE CORPORATION, COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., JOHN DOES 1-V,<br><br>Defendants. | CV 18-178-BLG-TJC<br><br>**ORDER** |

Defendants have filed a third unopposed motion to continue the motions deadline. (Doc. 37.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The motions deadline set forth in the March 12, 2019 Scheduling Order is extended to **April 3, 2020**.

DATED this 21st day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge