IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CUMBERLAND HILL HOMEOWNERS' ASSOCIATION, aka Cumberland Hill Townhome Association,<br><br>Plaintiff,<br><br>vs.<br><br>QBE INSURANCE CORPORATION, COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., JOHN DOES 1-V,<br><br>Defendants. | CV 18-178-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 39), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 2nd day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge